UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:07-CR-103 (1) |
| | ) | |
| ANDREW CHARLES MATTOX | ) | |

<u>ORDER</u>

No objections have been filed to Magistrate Judge Nuechterlein's <u>amended</u> findings and recommendations upon a plea of guilty issued on October 19, 2007 [Doc. No. 24].  Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS  defendant Andrew Charles Mattox's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Information, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   November 7, 2007

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana